CJ-11-5493
PARRISH

**IN THE DISTRICT COURT FOR OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

AUG - 5 2011

PATRICIA PRESLEY, COURT CLERK
by _____
DEPUTY

**ANTHONY GAN,** individually, and d/b/a
**EMPIRE LEASING, LLC.**

        Plaintiff,

v.                                                    Case Number:

1. **SAFECO INSURANCE;**
2. **AMERICAN ECONOMY INSURANCE**
   **COMPANY;**
3. **AMERICA FIRST INSURANCE**
   **COMPANY;**
4. **LIBERTY MUTUAL GROUP; and,**
5. **LIBERTY MUTUAL GROUP**
   **AGENCY MARKETS**

        Defendants.

CJ -2011-5493

---

## P E T I T I O N

Plaintiff, for his claim, states:

1.    Plaintiff, Anthony Gan, owns a building located in Bartlesville, Oklahoma.

2.    On February 6, 2009, Plaintiff's building sustained hail damage.

3.    Prior to February 6, 2009, Plaintiff entered into a written contract of insurance
with Defendants providing insurance coverage for his building.

4.    On February 6, 2009, and continuing at all times during the occurrence giving rise
to this lawsuit, the building located in Bartlesville, Oklahoma was covered by a
policy of insurance issued by Defendants which included coverage for hail
damage.

1

EXHIBIT
2

5.    Plaintiff made demand for payment of benefits due him under the contract of insurance and Defendants failed to properly investigate, evaluate, and pay the full benefits owed to Plaintiff.

6.    The refusal of Defendants to pay benefits owed Plaintiff breached the contract between Plaintiff and Defendants.

7.    This action was originally filed on February 8, 2010.

8.    Defendants' refusal to pay benefits owed Plaintiff is unreasonable, intentional, a violation of its duty of good faith and fair dealing and in bad faith.

9.    Defendants' handling of Plaintiff's claim for benefits and refusal to pay benefits owned Plaintiff violated various Oklahoma statutes, regulations, and administrative code provisions rendering Defendants, *negligent per se* for their conduct.

10.   As a result of the incident giving rise to this lawsuit, Plaintiff suffered property damage; damage to his personal property; loss of value in his property; has suffered, and will continue to suffer, mental and emotional pain and anguish; has suffered loss of income; has suffered loss in value of his business; and, has been damaged in an amount in excess of $75,000.00, exclusive of interest, attorneys' fees, and costs.

11.   As a result of Defendants' bad faith, Plaintiff seeks punitive damages in excess of $75,000.00

**WHEREFORE**, Plaintiffs pray judgment against Defendants, each in an amount in excess of $75,000.00, exclusive of costs and interest, and seeks her costs, attorneys' fees and all other relief the Court deems just and equitable.

BY: _____

Larry Tawwater, OBA No. 8852
Darren M. Tawwater, OBA No. 18854
David N. Mayo, OBA No. 21985
**THE TAWWATER LAW FIRM, P.L.L.C.**
14001 Quail Springs Parkway
Oklahoma City, Oklahoma  73134
Telephone: (405) 607-1400
Facsimile:  (405) 607-1450
E-mail:david@tawlaw.com
**ATTORNEYS FOR PLAINTIFF**

**ATTORNEY'S LIEN CLAIMED**



# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

**ANTHONY GAN,** individually, and d/b/a
**EMPIRE LEASING, LLC.**
　　　　　Plaintiff,

v.

1. **SAFECO INSURANCE;**
2. **AMERICAN ECONOMY INSURANCE COMPANY;**
3. **AMERICA FIRST INSURANCE COMPANY;**
4. **LIBERTY MUTUAL GROUP; and,**
5. **LIBERTY MUTUAL GROUP AGENCY MARKETS**
　　　　　Defendants.

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

JAN 1 9 2012

Case Number PATRICIA PRESLEY, COURT CLERK
By_____
DEPUTY

**CJ -2011 -5493**

---

### SUMMONS

---

TO THE ABOVE-NAMED DEFENDANT: **LIBERTY MUTUAL GROUP**
　　　　You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

　　　　Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

　　　　Issued this ___5___ day of August, 2011.　　　PATRICIA PRESLEY, Court Clerk

[SEAL]　　　　　　　　　　　　　　　Court Clerk

　　　　　　　　　　　　　　　　　By: _____

ATTORNEYS FOR PLAINTIFF:
David N. Mayo
**THE TAWWATER LAW FIRM, P.L.L.C.**
14001 Quail Springs Parkway
Oklahoma City, Oklahoma 73134
(405) 607-1400

This summons was served on the __12__ day of __January__, __2012__.

　　　　　　　　　By __The Tawwater Law Firm, PLLC__

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

## RETURN OF SERVICE

### PERSONAL

I certify that I received the foregoing summons on the _____ day of _____, _____, and that I delivered a copy of said summons with a copy of the Petition attached to each of the following named defendants personally in _____County at the address and on the date set forth opposite each name, to wit:

| DEFENDANT | ADDRESS WHERE SERVED | DATE OF SERVICE |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the _____ day of _____, _____, and that on _____ I served _____ by leaving a copy of said summons with a copy of the Petition attached at _____ which is his/her usual place of residence with _____, a member of his/her family fifteen (15) years of age or older

Received this s_____ _____

I summoned the _____

a corporation, _____

within summon

he/she being th

Treasurer or oth

Received this s_____

the defendant _____

Fee for service

Dated this _____

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | **A. Signature**<br>X **RECEIVED** ☐ Agent ☐ Addressee<br>**OKLAHOMA INSURANCE DEPARTMENT**<br>B. Received by ( Printed Name) C. Date of Delivery<br>**JAN 1 2 2012** |
| 1. Article Addressed to:<br><br>INSURANCE COMMISSIONER<br>Five Corporate Plaza<br>3625 NW 56th Street<br>Suite 100<br>Oklahoma City, OK 73112<br><br>Liberty Mutal Group<br>Agency Markets | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>*Sabrina Sykes* |
|  | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 2250 0001 1042 9804 |
| PS Form 3811, February 2004 | Domestic Return Receipt 102595-02-M-1540 |

ded therein,

copy of the

, Secretary,

persons of

Sheriff

_____ Deputy

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the *10* day of *Jan*_____, *2012*, and receipt thereof on the dates shown:

| DEFENDANT | ADDRESS WHERE SERVED | DATE RECEIPTED |
|---|---|---|
| Liberty Mutal Group Agency Markets | Insurance Commission 5 Corp Plaza 3625 NW 56 Suite 100 Okc, OK 73112 | 01-12-12 |

The Tenwater Law Firm PLLC

By: _Susan M McFer_



FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

JAN 19 2012

PATRICIA PRESLEY, COURT CLERK
By_____
DEPUTY

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

ANTHONY GAN, individually, and d/b/a
**EMPIRE LEASING, LLC.**
      Plaintiff,

v.

   1. **SAFECO INSURANCE;**
   2. **AMERICAN ECONOMY INSURANCE**
      **COMPANY;**
   3. **AMERICA FIRST INSURANCE**
      **COMPANY;**
   4. **LIBERTY MUTUAL GROUP; and,**
   5. **LIBERTY MUTUAL GROUP**
      **AGENCY MARKETS**
      Defendants.

Case Number:

## CJ -2011-5493

---

## SUMMONS

---

TO THE ABOVE-NAMED DEFENDANT: **AMERICAN ECONOMY INSURANCE COMPANY**
    You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

    Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

    Issued this ___5___ day of August, 2011.    PATRICIA PRESLEY, Court Clerk

[SEAL]

Court Clerk

By: _____

ATTORNEYS FOR PLAINTIFF:
David N. Mayo
**THE TAWWATER LAW FIRM, P.L.L.C.**
14001 Quail Springs Parkway
Oklahoma City, Oklahoma 73134
(405) 607-1400

This summons was served on the __12__ day of _January_, _2012_.

          By _The Tawwater Law Firm PLLC_

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

## RETURN OF SERVICE

### PERSONAL

I certify that I received the foregoing summons on the _____ day of _____, _____, and that I delivered a copy of said summons with a copy of the Petition attached to each of the following named defendants personally in _____ County at the address and on the date set forth opposite each name, to wit:

| DEFENDANT | ADDRESS WHERE SERVED | DATE OF SERVICE |
|---|---|---|
| | | |
| | | |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the _____ day of _____, _____, and that on _____ I served _____ by leaving a copy of said summons with a copy of the Petition attached at _____ which is his/her usual place of residence w _____ teen (15) years of age

Received this _____
I summoned th _____ therein,

A. Signature
X   **RECEIVED**   ☐ Agent
OKLAHOMA INSURANCE DEPARTMENT   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
JAN 1 2 2012

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

INSURANCE COMMISSIONER
Five Corporate Plaza
3625 NW 56th Street
Suite 100
Oklahoma City, OK 73112

American Economy insurance company

2. Article Number
(Transfer from service label)
7009 2250 0001 1042 9781

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

a corporation, on _____ py of the
within summons _____
he/she being the _____ ecretary,
Treasurer or othe _____

Received this sur _____
the defendant _____ ersons of

Fee for service $ _____
Dated this _____ day of _____

_____ Sheriff
_____ Deputy

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _10_ day of _____, 2012 and receipt thereof on the dates shown:

| DEFENDANT | ADDRESS WHERE SERVED | DATE RECEIPTED |
|---|---|---|
| American Economy ins co | Insurance Commissioner 3625 NW 56, Suite 100 OKC, OK 73112 | 01-12-12 |

The Tenwater Law Firm PLLC

By: _____ Susan N Tufe



**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

*FILED IN THE DISTRICT COURT*
*OKLAHOMA COUNTY, OKLA.*

JAN **1 9** 2012

PATRICIA PRESLEY, COURT CLERK
by _____
DEPUTY

ANTHONY GAN, individually, and d/b/a
EMPIRE LEASING, LLC.
      Plaintiff,

v.

Case Number:

1. **SAFECO INSURANCE;**
2. **AMERICAN ECONOMY INSURANCE COMPANY;**
3. **AMERICA FIRST INSURANCE COMPANY;**
4. **LIBERTY MUTUAL GROUP; and,**
5. **LIBERTY MUTUAL GROUP AGENCY MARKETS**
      Defendants.

**CJ -2011-5493**

---

## SUMMONS

---

TO THE ABOVE-NAMED DEFENDANT: **AMERICA FIRST INSURANCE COMPANY**
    You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

    Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

    Issued this ⟍5⟍ day of August, 2011.

                         **PATRICIA PRESLEY, Court Clerk**

[SEAL]

                         Court Clerk

                         By: _____

ATTORNEYS FOR PLAINTIFF:
David N. Mayo
**THE TAWWATER LAW FIRM, P.L.L.C.**
14001 Quail Springs Parkway
Oklahoma City, Oklahoma 73134
(405) 607-1400

This summons was served on the __1 2__ day of __January__, __2012__.

                         By _The Tawwater Law Firm PLLC_

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

## RETURN OF SERVICE

### PERSONAL

I certify that I received the foregoing summons on the _____ day of _____, _____, and that I delivered a copy of said summons with a copy of the Petition attached to each of the following named defendants personally in _____County at the address and on the date set forth opposite each name, to wit:

| DEFENDANT | ADDRESS WHERE SERVED | DATE OF SERVICE |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the _____ day of _____, _____, and that on _____ I served _____ by leaving a copy of said summons with a copy of the Petition attached at _____ which is his/her usual place of residence with _____. a member of his/her family fifteen (15) years of age or o___

Received this su___

I summoned the ___

_____ ___therein,

a corporation, b___

within summons ___

he/she being the ___

Treasurer or oth___

Received this su___

the defendant ___

Fee for service ___

Dated this ___

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

INSURANCE COMMISSIONER
Five Corporate Plaza
3625 NW 56th Street
Suite 100
Oklahoma City, OK 73112

AMERICA FIRST INSURANCE
COMPANY

2. Article Number
(Transfer from service label)

7009 2250 0001 1042 9774

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  **RECEIVED**   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  OKLAHOMA INSURANCE DEPARTMENT  C. Date of Delivery  JAN 12 2012

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

Sabina Sylver

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

opy of the

_____ Secretary,

persons of

_____ Sheriff

_____ Deputy

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _10_ day of _Jan_____, _2012_, and receipt thereof on the dates shown:

| DEFENDANT | ADDRESS WHERE SERVED | DATE RECEIPTED |
|---|---|---|
| America First Insur Comp. | Insurance Commissuod 5 Corp Plaza 3625 NW 56E Suite 100 OKC OK 73112 | 01-12-12 |

The Sawmate Law Firm

By: _Lisa M. McKee_



*1013942372*

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

**ANTHONY GAN,** individually, and d/b/a
**EMPIRE LEASING, LLC.**
      Plaintiff,

v.

1. **SAFECO INSURANCE;**
2. **AMERICAN ECONOMY INSURANCE COMPANY;**
3. **AMERICA FIRST INSURANCE COMPANY;**
4. **LIBERTY MUTUAL GROUP; and,**
5. **LIBERTY MUTUAL GROUP AGENCY MARKETS**
      Defendants.

JAN 1 9 2012

PATRICIA PRESLEY, COURT CLERK
by_____
                DEPUTY
Case Number:

**CJ -2011 -5493**

---

**SUMMONS**

---

TO THE ABOVE-NAMED DEFENDANT: **LIBERTY MUTUAL GROUP**

    You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

    Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

    Issued this _____5_____ day of August, 2011.

PATRICIA PRESLEY, Court Clerk

[SEAL]

Court Clerk

By: _____

ATTORNEYS FOR PLAINTIFF:
David N. Mayo
**THE TAWWATER LAW FIRM, P.L.L.C.**
14001 Quail Springs Parkway
Oklahoma City, Oklahoma 73134
(405) 607-1400

This summons was served on the __12__ day of __January__, __2012__.

By: _The Tawwater Law Firm PLLC_

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

**RETURN OF SERVICE**

**PERSONAL**

I certify that I received the foregoing summons on the _____ day of _____, _____, and that I delivered a copy of said summons with a copy of the Petition attached to each of the following named defendants personally in _____County at the address and on the date set forth opposite each name, to wit:

| DEFENDANT | ADDRESS WHERE SERVED | DATE OF SERVICE |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**USUAL PLACE OF RESIDENCE**

I certify that I received the foregoing summons on the _____ day of _____, _____, and that on _____ I served _____ by leaving a copy of said summons with _____ usual place of residence with _____ years of age or _____ fifteen (15)

Received this _____

I summoned the _____ nded therein,

a corporation, _____ copy of the

within summo _____

he/she being _____ Secretary,

Treasurer or o _____

Received this _____ ing persons of

the defendant _____

Fee for service $ _____, Mileage $ _____, Total $ _____

Dated this _____ day of _____, _____

_____ Sheriff

_____ Deputy



SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

INSURANCE COMMISSIONER
Five Corporate Plaza
3625 NW 56th Street
Suite 100
Oklahoma City, OK 73112

Liberty Mutual Group

2. Article Number
(Transfer from service label)    7009 2250 0001 1042 9798

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____ RECEIVED    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  OKLAHOMA INSURANCE DEPARTMENT  C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

JAN 1 2 2012

Sabrina Sykes

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

**CERTIFICATE OF SERVICE BY MAIL**

I certify that I mailed copies of the foregoing summons with a copy of the Petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the 10 day of _____, 2012, and receipt thereof on the dates shown:

| DEFENDANT | ADDRESS WHERE SERVED | DATE RECEIPTED |
|---|---|---|
| Liberty Mutual Group | Insurance Commission 5 Corp Plaza 3635 NW 56, Suite 100 Okc, Ok 73112 | 01-12-12 |

The Terminator Law Firm PLLC

By: Susan M. McClure



*1013942368*

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

**ANTHONY GAN,** individually, and d/b/a
**EMPIRE LEASING, LLC.**
      Plaintiff,

v.

  1. **SAFECO INSURANCE;**
  2. **AMERICAN ECONOMY INSURANCE**
     **COMPANY;**
  3. **AMERICA FIRST INSURANCE**
     **COMPANY;**
  4. **LIBERTY MUTUAL GROUP; and,**
  5. **LIBERTY MUTUAL GROUP**
     **AGENCY MARKETS**
      Defendants.

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

Case Number:    JAN 1 9 2012

PATRICIA PRESLEY, COURT CLERK
**CJ** by **2011-5493**
DEPUTY

---

### SUMMONS

---

TO THE ABOVE-NAMED DEFENDANT:  **SAFECO INSURANCE**
    You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service.  Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

    Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

    Issued this _5_ day of August, 2011.

[SEAL]

PATRICIA PRESLEY, Court Clerk

Court Clerk

By: _____

ATTORNEYS FOR PLAINTIFF:
David N. Mayo
**THE TAWWATER LAW FIRM, P.L.L.C.**
14001 Quail Springs Parkway
Oklahoma City, Oklahoma  73134
(405) 607-1400

This summons was served on the _12_ day of _January_, _2012_.

      By: _The Tawwater Law Firm PLLC_

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

## RETURN OF SERVICE

### PERSONAL

I certify that I received the foregoing summons on the _____ day of _____, _____, and that I delivered a copy of said summons with a copy of the Petition attached to each of the following named defendants personally in _____ County at the address and on the date set forth opposite each name, to wit:

| DEFENDANT | ADDRESS WHERE SERVED | DATE OF SERVICE |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the _____ day of _____, _____, and that on _____ I served _____ by leaving a copy of said summons with a copy of the Petition attached at _____ which is his/her usual place of residence with _____ fifteen (15) years of age or _____

Received this su _____

I summoned the _____

a corporation, o _____ copy of the within summons _____

he/she being th _____ , Secretary,

Treasurer or oth _____

Received this su _____ persons of

the defendant _____

Fee for service _____

Dated this _____ day of _____, _____.

_____ Sheriff
_____ Deputy

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

INSURANCE COMMISSIONER
Five Corporate Plaza
3625 NW 56th Street
Suite 100
Oklahoma City, OK 73112

Safeco Insurance

2. Article Number
(Transfer from service label)   7009 2250 0001 1042 9767

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    □ Agent   □ Addressee
RECEIVED
OKLAHOMA INSURANCE DEPARTMENT

B. Received by (Printed Name)   C. Date of Delivery
2012

D. Is delivery address different from item 1?   □ Yes
If YES, enter delivery address below:   □ No

Sabrina Sykes

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

---

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _10_ day of _Jan_, _2012_ and receipt thereof on the dates shown:

| DEFENDANT | ADDRESS WHERE SERVED | DATE RECEIPTED |
|---|---|---|
| Safeco Insurance | Insurance Commissioner | 01-12-12 |
| | 5 Corp Plaza | |
| | 3625 NW 56 Suite 100 | |
| | Okc OK 73112 | |

The Tenwater Law Firm PLLC

By: _____



## IN THE DISTRICT COURT FOR OKLAHOMA COUNTY
## STATE OF OKLAHOMA

ANTHONY GAN, individually, and d/b/a
EMPIRE LEASING, LLC.

                              Plaintiff,

v.                                                    Case Number:  CJ-2011-5493

1. **SAFECO INSURANCE;**
2. **SAFECO INSURANCE COMPANY OF AMERICA;**
3. **AMERICAN ECONOMY INSURANCE COMPANY;**
4. **AMERICA FIRST INSURANCE COMPANY;**
5. **LIBERTY MUTUAL GROUP;**
6. **LIBERTY MUTUAL GROUP AGENCY MARKETS;**
7. **LIBERTY MUTUAL FIRE INSURANCE COMPANY; and**
8. **LIBERTY MUTUAL INSURANCE COMPANY.**

                              Defendants.

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

JAN 2 0 2012

PATRICIA PRESLEY, COURT CLERK
by_____
            DEPUTY

---

## FIRST AMENDED PETITION

---

Plaintiff, for his claim, states:

1.    Plaintiff, Anthony Gan, owns a building located in Bartlesville, Oklahoma

2.    On February 6, 2009, Plaintiff's building sustained hail damage.

3.    Prior to February 6, 2009, Plaintiff entered into a written contract of insurance with Defendants providing insurance coverage for his building.

4.    On February 6, 2009, and continuing at all times during the occurrence giving rise to this lawsuit, the building located in Bartlesville, Oklahoma was covered by a policy of insurance issued by Defendants which included coverage for hail damage.

1

5. Plaintiff made demand for payment of benefits due him under the contract of insurance and Defendants failed to properly investigate, evaluate, and pay the full benefits owed to Plaintiff.

6. The refusal of Defendants to pay benefits owed Plaintiff breached the contract between Plaintiff and Defendants.

7. This action was originally filed on February 8, 2010.

8. Defendants' refusal to pay benefits owed Plaintiff is unreasonable, intentional, a violation of its duty of good faith and fair dealing and in bad faith.

9. Defendants' handling of Plaintiff's claim for benefits and refusal to pay benefits owned Plaintiff violated various Oklahoma statutes, regulations, and administrative code provisions rendering Defendants, *negligent per se* for their conduct.

10. As a result of the incident giving rise to this lawsuit, Plaintiff suffered property damage; damage to his personal property; loss of value in his property; has suffered, and will continue to suffer, mental and emotional pain and anguish; has suffered loss of income; has suffered loss in value of his business; and, has been damaged in an amount in excess of $75,000.00, exclusive of interest, attorneys' fees, and costs.

11. As a result of Defendants' bad faith, Plaintiff seeks punitive damages in excess of $75,000.00

**WHEREFORE**, Plaintiffs pray judgment against Defendants, each in an amount in excess of $75,000.00, exclusive of costs and interest, and seeks her costs, attorneys' fees and all other relief the Court deems just and equitable.

BY: _____

Larry Tawwater, OBA No. 8852
Darren M. Tawwater, OBA No. 18854
David N. Mayo, OBA No. 21985
**THE TAWWATER LAW FIRM, P.L.L.C.**
14001 Quail Springs Parkway
Oklahoma City, Oklahoma 73134
Telephone: (405) 607-1400
Facsimile: (405) 607-1450
E-mail:david@tawlaw.com
**ATTORNEYS FOR PLAINTIFF**

**ATTORNEY'S LIEN CLAIMED**



*1017541330*

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

JAN 2 5 2012

PATRICIA PRESLEY, COURT CLERK

by_____
DEPUTY

ANTHONY GAN, individually, and d/b/a
EMPIRE LEASING, LLC.
      Plaintiff,

v.

1. **SAFECO INSURANCE;**
2. **AMERICAN ECONOMY INSURANCE COMPANY;**
3. **AMERICA FIRST INSURANCE COMPANY;**
4. **LIBERTY MUTUAL GROUP; and,**
5. **LIBERTY MUTUAL GROUP AGENCY MARKETS**
      Defendants.

Case Number:

**CJ -2011-5493**

---

## SUMMONS

---

TO THE ABOVE-NAMED DEFENDANT:  **AMERICA FIRST INSURANCE COMPANY**

    You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service.  Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

    Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

    Issued this ___5___ day of August, 2011.   **PATRICIA PRESLEY, Court Clerk**

[SEAL]

Court Clerk

By: _____

ATTORNEYS FOR PLAINTIFF:
David N. Mayo
**THE TAWWATER LAW FIRM, P.L.L.C.**
14001 Quail Springs Parkway
Oklahoma City, Oklahoma  73134
(405) 607-1400

This summons was served on the ___23__ day of ___January___, ___2012___.

By _The Tawwater Law Firm PLLC_

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

**RETURN OF SERVICE**

### PERSONAL

I certify that I received the foregoing summons on the _____ day of _____, _____, and that I delivered a copy of said summons with a copy of the Petition attached to each of the following named defendants personally in _____County at the address and on the date set forth opposite each name, to wit:

| DEFENDANT | ADDRESS WHERE SERVED | DATE OF SERVICE |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the _____ day of _____, _____, and that on _____ I served _____ by leaving a copy of said summons with a copy of the Petition attached at _____ which is his/her usual place of residence with _____, a member of his/her family fifteen (15) years of age or older.

~~CORPORATION RETURN~~

Received this s ... ded therein,
I summoned th

a corporation, ... copy of the
within summon
he/she being th ... t, Secretary,
Treasurer or ot

Received this s ... g persons of
the defendant _

Fee for service
Dated this _____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  RECEIVED  OKLAHOMA INSURANCE DEPARTMENT  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JAN 23 2012

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

**AMERICA FIRST INS CO**
c/o Insurance Commissioner
Five Corporate Plaza 3625 NW 56th Street
Suite 100
Oklahoma city, OK 73112

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7009 2250 0001 1042 9262

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _20_ day of _January_, _2012_, and receipt thereof on the dates shown:

| DEFENDANT | ADDRESS WHERE SERVED | DATE RECEIPTED |
|---|---|---|
| America first InsCo | Ins Commissioner | 01/23/2012 |
| | 5 corp plaza | |
| | 3625 NW 56 - Suite 100 | |
| | Okc OK 73112 | |

The Brewster Law Firm PLLC

By: _Susan M McKee_



**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

ANTHONY GAN, individually, and d/b/a
EMPIRE LEASING, LLC.
          Plaintiff,

v.

1. **SAFECO INSURANCE;**
2. **AMERICAN ECONOMY INSURANCE**
   **COMPANY;**
3. **AMERICA FIRST INSURANCE**
   **COMPANY;**
4. **LIBERTY MUTUAL GROUP; and,**
5. **LIBERTY MUTUAL GROUP**
   **AGENCY MARKETS**
         Defendants.

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

JAN 2 5 2012

PATRICIA PRESLEY, COURT CLERK
Case Number: by _____
                DEPUTY

**CJ -2011-5493**

---

## SUMMONS

---

TO THE ABOVE-NAMED DEFENDANT: **AMERICAN ECONOMY INSURANCE COMPANY**
    You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

    Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

    Issued this ___5___ day of August, 2011.    **PATRICIA PRESLEY, Court Clerk**

[SEAL]                         Court Clerk

                                 By: _____

ATTORNEYS FOR PLAINTIFF:
David N. Mayo
**THE TAWWATER LAW FIRM, P.L.L.C.**
14001 Quail Springs Parkway
Oklahoma City, Oklahoma 73134
(405) 607-1400

This summons was served on the ___23___ day of _January_, _2012_.

                      By: _The Tawwater Law Firm PLLC_

---

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

## RETURN OF SERVICE

### PERSONAL

I certify that I received the foregoing summons on the _____ day of _____, _____, and that I delivered a copy of said summons with a copy of the Petition attached to each of the following named defendants personally in _____County at the address and on the date set forth opposite each name, to wit:

| DEFENDANT | ADDRESS WHERE SERVED | DATE OF SERVICE |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the _____ day of _____, _____, and that on _____ I served _____ by leaving a copy of said summons with a copy of the Petition attached at _____ which is his/her usual place of residence with _____, a member of his/her family fifteen (15) years of age or older.

Received this _____ [ _anded therein,
I summoned _____

a corporation _____ ct copy of the
within summ _____
he/she being _____ ent, Secretary,
Treasurer or _____

Received this _____ ing persons of
the defendant _____

Fee for servic _____
Dated this _____

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMERICAN ECONOMY INS CO.
c/o Insurance Commissioner
Five Corporate Plaza 3625 NW 56th Street
Suite 100
Oklahoma city, OK 73112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  RECEIVED  C. Date of Delivery
OKLAHOMA INSURANCE DEPARTMENT

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

_Sabrina Sykes_

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7009 2250 0001 1042 9279
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the ___20___ day of
___January___, ___2012___, and receipt thereof on the dates shown:

| DEFENDANT | ADDRESS WHERE SERVED | DATE RECEIPTED |
| --- | --- | --- |
| american Economy Ins. Co. | Insurance Comm 5 Corp plaza 3625 NW 56 - Suite 100 OKC, OK 73112 | 01/23/2012 |
| _____ | _____ | _____ |

The Tanawater Law Firm

By: _Susan M. McGee_



**IN THE DISTRICT COURT FOR OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

ANTHONY GAN, individually, and d/b/a
**EMPIRE LEASING, LLC.**
                                        Plaintiff,
v.                                                          Case Number: CJ-2011-5493
1. **SAFECO INSURANCE;**
2. **SAFECO INSURANCE COMPANY OF**               FILED IN THE DISTRICT COURT
   **AMERICA;**                                              OKLAHOMA COUNTY, OKLA.
3. **AMERICAN ECONOMY INSURANCE**
   **COMPANY;**                                                    JAN 2 5 2012
4. **AMERICA FIRST INSURANCE**
   **COMPANY;**                                    PATRICIA PRESLEY, COURT CLERK
5. **LIBERTY MUTUAL GROUP;**                       by_____
6. **LIBERTY MUTUAL GROUP**                                        DEPUTY
   **AGENCY MARKETS;**
7. **LIBERTY MUTUAL FIRE INSURANCE**
   **COMPANY; and**
8. **LIBERTY MUTUAL INSURANCE**
   **COMPANY.**
                                        Defendants.

**SUMMONS**

TO THE ABOVE-NAMED DEFENDANT: **LIBERTY MUTUAL INSURANCE COMPANY**
You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the
attached Petition in the court at the above address within twenty (20) days after service of this summons
upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or
mailed to the attorney for the Plaintiff.

Unless you answer the Petition within the time stated, judgment will be rendered against you with
costs of the action.

Issued this ___26th___ day of January, 2012.

[SEAL]                                       Court Clerk

                                             By: _____

ATTORNEYS FOR PLAINTIFF:
David N. Mayo
**THE TAWWATER LAW FIRM, P.L.L.C.**
14001 Quail Springs Parkway
Oklahoma City, Oklahoma 73134
(405) 607-1400

This summons was served on the ___23___ day of ___January___, ___2012___.

                        By: ___The Tawwater Law Firm PLLC___

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.  SUCH
ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE
SUMMONS.

## RETURN OF SERVICE

### PERSONAL

I certify that I received the foregoing summons on the _____ day of _____, _____, and that I delivered a copy of said summons with a copy of the Petition attached to each of the following named defendants personally in _____County at the address and on the date set forth opposite each name, to wit:

| DEFENDANT | ADDRESS WHERE SERVED | DATE OF SERVICE |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the _____ day of _____, _____, and that on _____ I served _____ by leaving a copy of said summons with a copy of the Petition attached at _____ which is his/her usual place of residence with _____, a member of his/her family fifteen (15) years of age or older.

Received this su[...] [...]ed therein, I
summoned the w[...]
_____
a corporation, o[...] copy of the
within summons[...]
he/she being the[...]t, Secretary,
Treasurer or othe[...]

Received this su[...]g persons of
the defendant __[...]

Fee for service $ _____
Dated this _____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LIBERTY MUTUAL INSURANCE
c/o Insurance Commissioner
Five Corporate Plaza 3625 NW 56th Street
Suite 100
Oklahoma city, OK 73112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature   RECEIVED
X   OKLAHOMA INSURANCE DEPARTMENT   ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)   JAN 23 2012   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7009 2250 0001 1042 9651

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _20th_ day of _January_, _2012_, and receipt thereof on the dates shown:

| DEFENDANT | ADDRESS WHERE SERVED | DATE RECEIPTED |
|---|---|---|
| Liberty Mutual Ins | Insurance Commissioner 5 Corp Plaza 3625 Nw 5e street OKC, OK 73112 | 01/23/2012 |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

The Sunwater Law Fim

By: _Susan M Mike_



*1017541250*

## IN THE DISTRICT COURT FOR OKLAHOMA COUNTY
### STATE OF OKLAHOMA

ANTHONY GAN, individually, and d/b/a
EMPIRE LEASING, LLC.

                         Plaintiff,

v.

1. **SAFECO INSURANCE;**
2. **SAFECO INSURANCE COMPANY OF AMERICA;**
3. **AMERICAN ECONOMY INSURANCE COMPANY;**
4. **AMERICA FIRST INSURANCE COMPANY;**
5. **LIBERTY MUTUAL GROUP;**
6. **LIBERTY MUTUAL GROUP AGENCY MARKETS;**
7. **LIBERTY MUTUAL FIRE INSURANCE COMPANY;** and
8. **LIBERTY MUTUAL INSURANCE COMPANY.**

                         Defendants.

Case Number: CJ-2011-5493

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

JAN 2 5 2012

PATRICIA PRESLEY, COURT CLERK
by_____
DEPUTY

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT: **LIBERTY MUTUAL FIRE INSURANCE COMPANY**

    You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

    Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

    Issued this _____ day of January, 2012.

[SEAL]

                        PATRICIA PRESLEY, Court Clerk

                        Court Clerk

                        By: _____

ATTORNEYS FOR PLAINTIFF:
David N. Mayo
**THE TAWWATER LAW FIRM, P.L.L.C.**
14001 Quail Springs Parkway
Oklahoma City, Oklahoma 73134
(405) 607-1400

This summons was served on the __23__ day of __January__, __2012__.

                    By _The Tawwater Law Firm PLLC_

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

## RETURN OF SERVICE

### PERSONAL

I certify that I received the foregoing summons on the _____ day of _____, _____, and that I delivered a copy of said summons with a copy of the Petition attached to each of the following named defendants personally in _____ County at the address and on the date set forth opposite each name, to wit:

| DEFENDANT | ADDRESS WHERE SERVED | DATE OF SERVICE |
|-----------|---------------------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the _____ day of _____, _____, and that on _____ I served _____ by leaving a copy of said summons with a copy of the Petition attached at _____ which is his/her usual place of residence with _____, a member of his/her family fifteen (15) years of age or older.

Received this su [...] ed therein, I summoned the w [...]

a corporation, or [...] copy of the within summons [...]

he/she being the [...] t, Secretary, Treasurer or othe [...]

Received this su [...] g persons of the defendant ___

Fee for service $ _____

Dated this _____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**LIBERTY MUTUAL FIRE INS. CO.**
c/o Insurance Commissioner
Five Corporate Plaza 3625 NW 56th Street
Suite 100
Oklahoma city, OK 73112

2. Article Number
(Transfer from service label)    7009 2250 0001 1042 8029

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature **RECEIVED**
X **OKLAHOMA INSURANCE DEPARTMENT**  ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )  JAN 23 2012   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _20_ day of _January_, _2012_, and receipt thereof on the dates shown:

| DEFENDANT | ADDRESS WHERE SERVED | DATE RECEIPTED |
|-----------|---------------------|----------------|
| Liberty Mutual Fire Ins Co | Ins Commissioner | 01/23/2012 |
| | 5 Corp Plaza | |
| | 3625 NW 56th Street | |
| | Suite 100 | |
| | Okc OK 73112 | |

The Jurswater Law Firm

By: _Susan M. McKne_



*1017541246*

## IN THE DISTRICT COURT FOR OKLAHOMA COUNTY
## STATE OF OKLAHOMA

ANTHONY GAN, individually, and d/b/a
**EMPIRE LEASING, LLC.**
                      Plaintiff,

v.

1. **SAFECO INSURANCE;**
2. **SAFECO INSURANCE COMPANY OF AMERICA;**
3. **AMERICAN ECONOMY INSURANCE COMPANY;**
4. **AMERICA FIRST INSURANCE COMPANY;**
5. **LIBERTY MUTUAL GROUP;**
6. **LIBERTY MUTUAL GROUP AGENCY MARKETS;**
7. **LIBERTY MUTUAL FIRE INSURANCE COMPANY;** and
8. **LIBERTY MUTUAL INSURANCE COMPANY.**
                      Defendants.

Case Number: CJ-2011-5493

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

JAN 2 5 2012

PATRICIA PRESLEY, COURT CLERK
by_____
              DEPUTY

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT: **SAFECO INSURANCE COMPANY OF AMERICA**
    You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

    Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

    Issued this _____ day of January, 2012.

[SEAL]

PATRICIA PRESLEY, Court Clerk

Court Clerk

By: _____

ATTORNEYS FOR PLAINTIFF:
David N. Mayo
**THE TAWWATER LAW FIRM, P.L.L.C.**
14001 Quail Springs Parkway
Oklahoma City, Oklahoma 73134
(405) 607-1400

This summons was served on the _____ day of _____, 2012.

By: _The Tawwater Law Firm PLLC_

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

## RETURN OF SERVICE

### PERSONAL

I certify that I received the foregoing summons on the _____ day of _____, _____, and that I delivered a copy of said summons with a copy of the Petition attached to each of the following named defendants personally in _____County at the address and on the date set forth opposite each name, to wit:

| DEFENDANT | ADDRESS WHERE SERVED | DATE OF SERVICE |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the _____ day of _____, _____, and that on _____ I served _____ by leaving a copy of said summons with a copy of the Petition attached at _____ which is his/her usual place of residence with _____, a member of his/her family fifteen (15) years of age or older.

Received this _____ summoned the _____

_____
_____

a corporation, within summoned
he/she being _____
Treasurer or o_____

Received this _____
the defendant _____

Fee for service
Dated this _____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **SAFECO INSURANCE CO OF AMERICA**
   **c/o Insurance Commissioner**
   Five Corporate Plaza 3625 NW 56th Street
   Suite 100
   Oklahoma city, OK 73112

2. Article Number
   (Transfer from service label)      7009 2250 0001 1042 8012

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   RECEIVED   ☐ Agent   ☐ Addressee
OKLAHOMA INSURANCE DEPARTMENT

B. Received by (Printed Name)   C. Date of Delivery
JAN 23 2012

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

   Sabrina Sylve

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _30_ day of _January_, _2012_, and receipt thereof on the dates shown:

| DEFENDANT | ADDRESS WHERE SERVED | DATE RECEIPTED |
|---|---|---|
| Safeco Insurance Co of America | Insurance Comm 5 Corp Plaza 3625 NW 56th Street Suite 100 Okc, Ok 73112 | 01/23/2012 |

The Fenimore Raw Firm PLLC
By: Susan M. McFee



## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

ANTHONY GAN, individually and d/b/a ) 
EMPIRE LEASING, LLC, )
                               )
     Plaintiff, )
                               )
     vs. )     No. CJ-2011-5493
                               )
SAFECO INSURANCE; )
SAFECO INSURANCE COMPANY )
OF AMERICA; )
AMERICAN ECONOMY INSURANCE )
COMPANY; )
AMERICA FIRST INSURANCE )
COMPANY; )
LIBERTY MUTUAL GROUP; )
LIBERTY MUTUAL GROUP AGENCY )
MARKETS; )
LIBERTY MUTUAL FIRE INSURANCE )
COMPANY; and )
LIBERTY MUTUAL INSURANCE )
COMPANY, )
                               )
     Defendants. )

**FILED IN THE DISTRICT COURT**
**OKLAHOMA COUNTY, OKLA.**

**FEB 1 3 2012**

PATRICIA PRESLEY, COURT CLERK
by _____
          DEPUTY

## SPECIAL ENTRY OF APPEARANCE AND REQUEST FOR
## ENLARGEMENT OF TIME IN WHICH TO FURTHER ANSWER OR PLEAD

COME NOW the Defendants, Safeco Insurance Company of America, America First

Insurance Company and Liberty Mutual Insurance Company, and pursuant to the provisions of

Title 12 O.S. §2012(A) (Supp. 1990), and *Young v. Walton*, 1991 OK 20, 807 P.2d 248, specially

enter their appearance herein, and request twenty (20) additional days from the answer date of

February 13, 2012 up to and including March 5, 2012, in which to answer or otherwise plead.

Defendants specifically reserves their right to assert all defenses available by law, including,

but not limited to, all defenses specifically identified by Title 12 O.S. § 2012(B).

Respectfully Submitted,

LATHAM, WAGNER, STEELE & LEHMAN

_____

Bob L. Latham OBA # 15799
Carey C. Calvert OBA # 15080
10441 S. Regal Blvd., Ste. 200
Tulsa, OK 74133
(918) 970-2000 Phone
(918) 970-2002 Fax

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the _10_ day of _February_ 2012, a true and correct copy of the above instrument was mailed to all known counsel of record, listed below.

Larry Tawwater
Darren M. Tawwater
David N. May
THE TAWWATER LAW FIRM, PLLC
14001 Quail Springs Parkway
Oklahoma City, OK 73134

_____



*1017407628*

FILED IN THE DISTRICT COU
OKLAHOMA COUNTY, OKLA

FEB 1 4 2012

PATRICIA PRESLEY, COURT CLE
by
DEPUTY

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

ANTHONY GAN, individually, and d/b/a )
EMPIRE LEASING, LLC., )
  )
  Plaintiff, )
  )
  )
  )  Case No.  CJ-2011-5493
vs. )
  )
SAFECO INSURANCE; )
SAFECO INSURANCE COMPANY OF )
AMERICA; )
AMERICAN ECONOMY INSURANCE )
COMPANY; )
AMERICAN FIRST INSURANCE )
COMPANY; )
LIBERTY MUTUAL GROUP; )
LIBERTY MUTUAL GROUP AGENCY )
MARKETS; )
LIBERTY MUTUAL FIRE INSURANCE )
COMPANY; and )
LIBERTY MUTUAL INSURANCE )
COMPANY. )
  )
  Defendants. )

## ENTRY OF APPEARANCE

COMES NOW Michael P. Martin for the firm of Martin Jean & Jackson, and hereby enters

his appearance as counsel on behalf of the firm, Martin Jean & Jackson, for the Plaintiff, Anthony

Gan, individually, and d/b/a Empire Leasing LLC. in the above matter.

Respectfully submitted,
MARTIN JEAN & JACKSON

By: _____
Michael P. Martin, OBA # 22225
Martin Jean & Jackson - Stillwater
P.O. Box 1089
Stillwater, OK 74076
(405)377-5000 Telephone
(405)377-5011 Facsimile
mmartin@mjjlawfirm.com

## CERTIFICATE OF MAILING

This certifies that on February 9, 2012, a true and correct copy of the above and foregoing was mailed, with postage fully prepaid thereon, to:

Mr. Darren Tawwater
Tawwater Law Firm
One TSquared Place
14001 Quail Springs Parkway
Oklahoma City, OK 73134

 

 

_____
Michael P. Martin