IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

ANTHONY GAN, individually, and d/b/a
EMPIRE LEASING, LLC.

                Plaintiff,

v.                                No. 12-CV-89-GKF-TLW

1. SAFECO INSURANCE;
2. SAFECO INSURANCE COMPANY OF AMERICA;
3. AMERICAN ECONOMY INSURANCE COMPANY;
4. AMERICA FIRST INSURANCE COMPANY;
5. LIBERTY MUTUAL GROUP;
6. LIBERTY MUTUAL GROUP AGENCY MARKETS;
7. LIBERTY MUTUAL FIRE INSURANCE COMPANY; and
8. LIBERTY MUTUAL INSURANCE COMPANY.

                Defendants.

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Anthony Gan, individually, and d/b/a/ as Empire Leasing L.L.C., and Defendants, Safeco Insurance, Safeco Insurance Company of America, American Economy Insurance Company, America First Insurance Company, Liberty Mutual Group, Liberty Mutual Group Agency Markets, Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company pursuant to Fed.R.Civ.P. 41(a)(1)(A) hereby stipulate and agree that Plaintiff's claim for relief as asserted in the Complaints and/or Petitions filed as against Safeco Insurance, Safeco Insurance Company of America, American Economy Insurance Company, America First Insurance Company, Liberty Mutual Group, Liberty Mutual Group Agency Markets, Liberty Mutual Fire Insurance

Company and Liberty Mutual Insurance Company, in this cause should be dismissed without prejudice to the filing of any future actions with each party bearing their own costs and attorney's fees.

Dated this 21st day of March 2012.

Respectfully Submitted,

s/ David N. Mayo
Larry A. Tawwater, OBA No. 8852
Darren M. Tawwater, OBA No.18854
David N. Mayo, OBA No. 21985
**THE TAWWATER LAW FIRM, P.L.L.C.**
One TSquared Place
14001 Quail Springs Parkway
Oklahoma City, Oklahoma  73134
Telephone:   (405) 607-1400
Facsimile:   (405) 607-1450
lat@tawlaw.com
dtaw@tawlaw.com
david@tawlaw.com
**ATTORNEYS FOR PLAINTIFF**

&

Michael P. Martin, OBA # 22225
**MARTIN, JEAN & JACKSON**
P.O. Box 1089
Stillwater, OK 74076
**ATTORNEY FOR PLAINTIFF**

Anthony Gan individually and d/b/a/ Empire Leasing, L.L.C., **PLAINTIFF**

2

s/Carey C. Calvert (signed with permission)
Bob L. Latham, OBA # 15700
Carey C. Calvert, OBA # 15080
**LATHAM WAGNER STEELE & LEHMAN**
10441 S. Regal Blvd., Suite 200
Tulsa, OK 74133
**ATTORNEYS FOR DEFENDANTS**

3